IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARZANNA JONES *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOHN MICHAEL MULVANEY *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-02132-BAH |

### DEFENDANTS' PARTIAL MOTION TO DISMISS AND MOTION TO STRIKE

Defendants respectfully move this Court to dismiss Counts I and II of Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and to dismiss Counts V and VI of Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

In the alternative to dismissing Count V in its entirety, Defendants respectfully move this Court to strike the class allegations in Count V of Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(f) and 23(d)(1)(D) and Local Civil Rule 23.1(b).

The grounds for this Motion are set out in the attached memorandum.

November 20, 2018                    Respectfully submitted,

                                     Mary McLeod
                                          *General Counsel*

John R. Coleman
 *Deputy General Counsel*
Laura M. Hussain (D.C. Bar No. 988151)
 *Assistant General Counsel*


/s/ David A. King Jr.
David A. King Jr. (Maryland Bar, member in good standing)
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552
(202) 435-9289
david.king@cfpb.gov
*Counsel for Bureau of Consumer Financial Protection*