# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARZANNA JONES and HEYNARD L. PAZ-CHOW, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ROHIT CHOPRA, in his official capacity as Director, Consumer Financial Protection Bureau, and CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Defendants. | Civil Action No.: 18-2132 (BAH)<br><br>**Judge Beryl A. Howell** |

## **ORDER**

Having considered Defendant Consumer Financial Protection Bureau's Motion to Permit Class-Member Communication Regarding Forms Required to Obtain Monetary Benefits and any opposition and reply thereto, it is hereby **ORDERED** that the motion is **GRANTED**.

Within 14 days of the mailing of the notice of final approval to class members in this matter, Defendant may send via email to all class members for whom Defendant has an email address the communication attached to Defendant's motion as Exhibit 1.

**SO ORDERED** this 18th day of January, 2024.

_____
Beryl A. Howell
United States District Judge